

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-19-00714-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge; Mark Frerich, In His
Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County
Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward,
In His Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant has filed motions for extension of time in which to file appellant's briefs.
Appellant's motions are GRANTED. Appellant's briefs are due on or before August 7, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 5th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court